| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Brandon R. McKelvey (SBN 217002) |
| 2 | bmckelvey@seyfarth.com |
| | Timothy B. Nelson (SBN 235279) |
| 3 | tnelson@seyfarth.com |
| | 400 Capitol Mall, Suite 2350 |
| 4 | Sacramento, California 95814-4428 |
| | Telephone: (916) 448-0159 |
| 5 | Facsimile: (916) 558-4839 |
| 6 | SEYFARTH SHAW LLP |
| | Thomas J. Piskorski (admitted *pro hac vice*) |
| 7 | tpiskorski@seyfarth.com |
| | 131 South Dearborn Street |
| 8 | Suite 2400 |
| | Chicago, IL 60603 |
| 9 | Telephone: (312) 460-5000 |
| | Facsimile: (312) 460-7000 |
| 10 | |
| | Attorneys for Defendant |
| 11 | COMTRAK LOGISTICS, INC. |
| 12 | MARLIN & SALTZMAN, LLP |
| | Christina A. Humphrey (SBN 226326) |
| 13 | chumphrey@marlinsaltzman.com |
| | 29229 Canwood Street, Suite 208 |
| 14 | Agoura Hills, California 91301 |
| | Telephone: (818) 991-8080 |
| 15 | Facsimile: (818) 991-8081 |
| 16 | Attorneys for Plaintiff |
| | SALVADOR ROBLES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ROBLES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMTRAK LOGISTICS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:13-CV-00161-JAM-AC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RE: DISCOVERY DEADLINES** |

**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES**
**Case No. 2:13-CV-00161-JAM-AC**

15736849v.1

| | |
|---|---|
| 1 | <u>STIPULATION</u> |
| 2 | WHEREAS, pursuant to the April 23, 2013, Stipulation and Order, entered by this Court |
| 3 | as docket number 23, the deadline for Defendant to file a Motion to Dismiss Plaintiff's First |
| 4 | Amended Complaint was June 3, 2013; |
| 5 | WHEREAS, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint |
| 6 | on June 3, 2013, with a noticed hearing date of July 24, 2013; |
| 7 | WHEREAS, Plaintiff served written discovery, including special interrogatories and |
| 8 | requests for production of documents, to Defendant by United States mail on May 2, 2013; |
| 9 | WHEREAS, in order to preserve the parties' and the Court's resources until this Court |
| 10 | hears Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, the parties have |
| 11 | agreed to a temporary stay on discovery and have reached the following agreement, each subpart |
| 12 | below being material and necessary to the entire agreement; |
| 13 | THEREFORE, the parties, through their respective counsel of record, agree to stipulate |
| 14 | that: |
| 15 | (a) The parties agree that they will not serve or propound any additional discovery |
| 16 | until, at the earliest, the day after the Court issues its Order on Defendant's Motion to Dismiss |
| 17 | Plaintiff's First Amended Complaint; |
| 18 | (b) All existing discovery is stayed and the discovery deadlines on the existing |
| 19 | discovery are extended to thirty (30) days after the date that this Court issues its Order regarding |
| 20 | Defendant's Motion to Dismiss Plaintiff's First Amended Complaint; |
| 21 | (c) Defendant agrees that it will produce the name, last known address, phone |
| 22 | number, and dates of affiliation with Defendant of all owner-operators that fall within Plaintiff's |
| 23 | proposed class definition (as stated in the First Amended Complaint) within thirty (30) days after |
| 24 | the date that this Court issues its Order regarding Defendant's Motion to Dismiss Plaintiff's First |
| 25 | Amended Complaint, assuming the Court's order does not dismiss the class claims; and |
| 26 | (d) The parties agree that Defendant's production of the contact information for the |
| 27 | group of owner-operators alleged in the proposed class definition in Plaintiff's First Amended |
| 28 | 1 |

Complaint, does not constitute a concession or admission that class certification is appropriate or that further class discovery is appropriate. Defendant reserves the right to object to further pre-class certification discovery and to oppose class certification notwithstanding this stipulation.

IT IS SO STIPULATED.

Dated: July 8, 2013　　　　　　　　　　　　　　SEYFARTH SHAW LLP

By:   /s/ Timothy B. Nelson
　　　Thomas J. Piskorski
　　　Brandon R. McKelvey
　　　Timothy B. Nelson
Attorneys for Defendant
COMTRAK LOGISTICS, INC.

Dated: July 8, 2013　　　　　　　　　　　　　　MARLIN & SALTZMAN, LLP

By:   /s/ Christina A. Humphrey
　　　Christina A. Humphrey
Attorneys for Plaintiff
SALVADOR ROBLES

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

DATED: July 8, 2013

/s/ John A. Mendez

John A. Mendez
UNITED STATES DISTRICT COURT

2

**STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES**
**Case No. 2:13-CV-00161-JAM-AC**

15736849v.1