| | |
|---|---|
| SEYFARTH SHAW LLP | |
| Joshua M. Henderson (SBN 197435) | |
| jhenderson@seyfarth.com | |
| Andrew M. McNaught (SBN 209093) | |
| Email: amcnaught@seyfarth.com | |
| 560 Mission Street, 31st Floor | |
| San Francisco, California 94105 | |
| Telephone: (415) 397-2823 | |
| Facsimile: (415) 397-8549 | |

SEYFARTH SHAW LLP
Thomas J. Piskorski (admitted *pro hac vice*)
tpiskorski@seyfarth.com
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

| SEYFARTH SHAW LLP | MARLIN & SALTZMAN |
|---|---|
| Daniel C. Kim (SBN 272680) | Christina A. Humphrey (SBN 226326) |
| dckim@seyfarth.com | Leslie H. Joyner (SBN 262705) |
| 400 Capitol Mall, Suite 2350 | 29229 Canwood Street, Suite 208 |
| Sacramento, CA 95814 | Agoura Hills, California 91301 |
| Telephone: (916) 448-0159 | Telephone: (818) 991-8080 |
| Facsimile: (916) 558-4839 | Facsimile: (818) 991-8081 |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| HUB GROUP TRUCKING, INC. (formerly known as Comtrak Logistics, Inc.) | SALVADOR ROBLES |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR ROBLES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMTRAK LOGISTICS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Appellees | Case No. 2:13-CV-00161-JAM-AC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT [LOCAL RULE 144]** |

# **STIPULATION**

Pursuant to L.R. 144(a), Plaintiff SALVADOR ROBLES, individually and on behalf of others similarly situated, and Defendant HUB GROUP TRUCKING, INC. (formerly known as Comtrak Logistics, Inc.), by and through their undersigned counsel, hereby stipulate and agree to an extension of time of fourteen (14) days for Defendant to respond to the First Amended Complaint. The grounds for this stipulation are as follows:

WHEREAS, on April 23, 2013, the Parties stipulated that Defendant's first responsive pleading in this action would be due twenty-eight (28) days from the date Plaintiff filed his First Amended Complaint.

WHEREAS, on May 6, 2013, Plaintiff filed his First Amended Complaint against Defendant, making Defendant's responsive pleading due on June 3, 2013.

WHEREAS, on June 3, 2013, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint.

WHEREAS, on December 19, 2014, the Court denied Defendant's Motion to Dismiss Plaintiff's First Amended Complaint resulting in a January 2, 2015 deadline for Defendant's responsive pleading. *See* Fed. R. Civ. Proc. 12(a)(4).

WHEREAS, Plaintiff intends to file a second amended complaint for which Plaintiff will seek leave of court.

WHEREAS, Plaintiff will provide a draft of the proposed second amended complaint to Defendant sometime after the Holiday season, prior to seeking leave of court.

WHEREAS, given the intervening Holiday season, and Plaintiff's intent to pursue a proposed Second Amended Complaint, the Parties have agreed to extend the deadline for Defendant to respond to Plaintiff's First Amended Complaint by fourteen (14) days, to January 16, 2015.

///

///

///

**THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST THAT THE COURT ORDER** that Defendant shall have an extension of time of fourteen (14) days, until January 16, 2015 to respond to Plaintiff's First Amended Complaint.

Dated: December 29, 2014          SEYFARTH SHAW LLP

By:    /s/ Daniel C. Kim
       Thomas J. Piskorski
       Joshua M. Henderson
       Andrew M. McNaught
       Daniel C. Kim

Attorneys for Defendant
HUB GROUP TRUCKING, INC. (formerly known as Comtrak Logistics, Inc.)

Dated: December 29, 2014          MARLIN & SALTZMAN, LLP

By:    /s/ Christina A. Humphrey
       Christina A. Humphrey
       Leslie H. Joyner
Attorneys for Plaintiff
SALVADOR ROBLES

## **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** Defendant Comtrak shall have until January 16, 2015 to respond to Plaintiff's First Amended Complaint in this matter.

DATED: December 30, 2014          /s/ John A. Mendez
                                               HONORABLE JOHN A. MENDEZ