1  **MARLIN & SALTZMAN, LLP**
   Christina A. Humphrey, Esq. (SBN 226326)
2  Leslie H. Joyner, Esq. (SBN 262705)
   29229 Canwood Street, Suite 208
3  Agoura Hills, California  91301
   Telephone:     (818) 991-8080
4  Facsimile:      (818) 991-8081
   chumphrey@marlinsaltzman.com
5  ljoyner@marlinsaltzman.com

6  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SALVADOR ROBLES; JORGE AVALOS and JOSE MARQUEZ, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMTRAK LOGISTICS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2 :15-cv-02228-SHM-TMP<br><br>[CLASS ACTION]<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS FIRST AMENDED COMPLAINT** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Salvador Robles, Jorge Avalos, and Jose Marquez hereby bring to the Court's attention the recent denial of petition for writ of certiorari of the United States Supreme Court in *Oakland Port Services Corp. v. Godfrey et. al.*, – S.Ct. ---, 2015 WL 3658387, (October 13, 2015) attached as Exhibit A, along with the California's Court of Appeal's decision in *Godfrey v. Oakland Port Services Corp.*, 230 Cal.App.4th 1267 (2014). The decision of the California Court of Appeals holding that the Federal Aviation Administration Authorization Act does not preempt California law governing meal and rest breaks as applied to motor carriers, and the U.S. Supreme Court's denial of cert. thereon, support Plaintiffs' arguments in their Opposition to Defendant's

-1-

Motion to Dismiss Plaintiffs' First Amended Complaint, Dkt. No. 95 at page 19-23

DATED: October 30, 2015                    **MARLIN & SALTZMAN, LLP**

By: /s/ Christina A. Humphrey

    Christina A. Humphrey, Esq.
    Leslie H. Joyner, Esq.
    Attorneys for Plaintiff

**Notice of Supplemental Authority ISO Plaintiffs' Opposition to Motion to Dismiss FAC**
**2:15-cv-02228-SHM-TMP**