# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SALVADOR ROBLES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COMTRAK LOGISTICS, INC., et al., <br><br> Defendants. | No. 2:15-cv-02228-SHM-tmp <br><br> Judge Samuel H. Mays, Jr. |

**JOINT STATUS REPORT FOR OCTOBER 18, 2019 TELEPHONE CONFERENCE**

Plaintiffs, Salvador Robles, et al. ("Plaintiffs"), and Defendants, Hub Group Trucking, Inc. ("HGT") (formerly known as Comtrak Logistics, Inc.) and Hub Group, Inc. (together referred to as "Defendants") (Plaintiffs and Defendants referred to as the "Parties"), submit the following Joint Status Report in conjunction with the telephonic conference set with the Court for October 18, 2019:

1. As previously reported to the Court, a settlement has been reached in this case and a related representative action pending in the Superior Court for the State of California, *Adame v. Comtrak Logistics, Inc., et al.*, No. CIVDS1511291.

2. The Parties are engaged in the drafting of settlement agreements that would resolve this action and the *Adame* action.

3. As this action is a class action and *Adame* is a representative action, the settlement agreements present a number of issues to be addressed.  The Parties are working on those issues and need additional time to prepare written settlement agreements.

4. Therefore, the Parties request a telephone status in 60 days. If agreement is reached on the written terms before then, the Parties will advise the Court.

5. The Parties are grateful for the Court's consideration in allowing them to engage in these successful settlement efforts.

**Parties Requested Order From Court**

For the above reasons, the Parties request that a telephone status be scheduled in 60 days.

**DATED: October 9, 2019**   Respectfully submitted,

SALVADOR ROBLES, et al.

By:  /s/ Stanley D. Saltzman
Stanley D. Saltzman
ssaltzman@marlinsaltzman.com
Marlin & Saltzman
29229 Canwood Street, Suite 208
Agoura Hills, California 91301
Phone: 818-991-8080

*Attorney for Plaintiffs*

**DATED: October 9, 2019**   Respectfully submitted,

HUB GROUP TRUCKING, INC. (formerly known as COMTRAK LOGISTICS, INC.) & HUB GROUP, INC.

By:  /s/ Thomas Piskorski
Thomas J. Piskorski
tpiskorski@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive
Suite 8000
Chicago, Illinois 60606
Phone: (312) 460-5000
Fax: (312) 460-7000

Andrew M. McNaught
amcnaught@seyfarth.com
Joshua M. Henderson

jhenderson@seyfarth.com
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California 94105
Phone: (415) 397-2823
Fax: (415) 397-8549

J. Stephen King
jking@evanspetree.com
EVANS PETREE PC
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
Phone: (901) 474-6165
Fax: (901) 374-7548

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Thomas J. Piskorski, an attorney, certify that I caused a true and correct copy of the foregoing JOINT STATUS REPORT to be served upon counsel of record, via the Court's CM/ECF system, on this this 9th day of October 2019.

                         s/ Thomas J. Piskorski