*Revised July 2012*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| Plaintiff |
| Salvador Robles, et al. |

| Defendant |
| Comtrak Logistics, Inc., et al. |

| Case Number | Judge |
| 2:15-cv-2228-SHM-tmp | Samuel H. Mays, Jr. |

I, Karen I. Gold _____ hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of Plaintiffs _____ by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
| --- | --- |
| USDC, Central District of California | 9/29/2009 |
| USDC, Northern District of California | 4/6/2010 |
| US Court of Appeal, Ninth Circuit | 10/20/2020 |
|  |  |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name | Middle Name/Initial |
|---|---|---|
| Gold | Karen | I. |

| Applicant's Firm Name |
|---|
| Marlin & Saltzman, LLP |

| Applicant's Address | Room/Suite Number |
|---|---|
| 29800 Agoura Road | 210 |

| City | State | Zip Code |
|---|---|---|
| Agoura Hills | CA | 91301 |

| Applicant's Email Address |
|---|
| kgold@marlinsaltzman.com |

| Applicant's Phone Number(s) |
|---|
| (818) 991-8080 |

Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| November 21, 2022 | S/ Karen I. Gold |

# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Karen I. Gold_____, Bar No. __258360__

was duly admitted to practice in this Court on __September 29, 2009__
DATE

and  is active and in good standing   as a member of the Bar

of this Court.

Dated at Los Angeles, California

on   __November 28, 2022__
Date

KIRY K. GRAY
Clerk of Court

By _____/s/ Shea Bourgeois_____

Shea Bourgeois  , Deputy Clerk



G-52 (10/15)                    CERTIFICATE OF GOOD STANDING

 The State Bar *of* California

**Karen I Gold #258360**
License Status: Active

Address: Marlin & Saltzman LLP, 29800 Agoura Rd Ste 210, Agoura Hills, CA 91301-2578
Phone: 818-991-8080  |  Fax: 818-991-8081
Email: kgold@marlinsaltzman.com  |  Website: Not Available

## More about This Attorney ▲

**CLA Sections:**                       None

The California Lawyers Association (CLA) is an independent organization and is not part of the State Bar of California.

**Self-Reported Practice Areas:** None reported

**Additional Languages Spoken:**

- By the attorney: None reported
- By staff: None reported

**Law School:** Boston Univ SOL; Boston MA

**All changes of license status due to nondisciplinary administrative matters and disciplinary actions.**

| Date | License Status ⓘ | Discipline ⓘ | Administrative Action ⓘ |
|---|---|---|---|
| Present | Active | | |
| 12/2/2008 | Admitted to the State Bar of California | | |

**Additional Information:**
- About the disciplinary system

Copyright © 2022 The State Bar of California

